IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION



| | | |
|---|---|---|
| IN RE: | : | CASE NO. 3:19 mj 121 |
| | : | |
| SEALED DOCUMENT | : | ORDER SEALING CRIMINAL COMPLAINT, SUPPORTING AFFIDAVIT AND ARREST WARRANT |
| | : | |
| | : | |

Upon Motion of the United States Attorney and for good cause shown;

IT IS ORDERED that the Criminal Complaint, Supporting Affidavit to Criminal Complaint and Arrest Warrant be sealed and kept from public inspection until further Order of this Court.

_____
MICHAEL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE